UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STRONGCO TRADING COMPANY, LTD.,<br><br>　　　　　　Plaintiff,<br>　v.<br>PULSE SHOWER SPAS, INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 12-4222 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On October 19, 2012, Plaintiff Strongco Trading Company, LTD filed a Motion to Dismiss Defendants' counterclaims, with a noticed hearing date of December 6, 2012. Dkt. No. 10. Although Defendants filed an opposition to Plaintiff's Motion, Plaintiff subsequently failed to file a reply brief pursuant to Civil Local Rule 7. Further, upon review of Plaintiff's Motion, the Court finds it to be confusing and contradictory, and is therefore inclined to deny it in its entirety. Accordingly, the Court hereby VACATES the December 6, 2012 hearing and ORDERS Plaintiff Strongco Trading Company LTD to show cause why its Motion should not be denied as drafted. Plaintiff shall file a declaration by November 26, 2012.

**IT IS SO ORDERED.**

Dated: November 16, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge