UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STRONGCO TRADING COMPANY, LTD., | No. C 12-4222 MEJ |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS** |
| v. | |
| PULSE SHOWER SPAS, INC., et al., | **Re: Docket No. 10** |
| Defendants. | |

On October 19, 2012, Plaintiff Strongco Trading Company, LTD filed a Motion to Dismiss Defendants' counterclaims. Dkt. No. 10. Although Defendants filed an opposition to Plaintiff's Motion, Plaintiff subsequently failed to file a reply brief pursuant to Civil Local Rule 7. Further, upon review of Plaintiff's Motion, the Court found it to be confusing and contradictory, and informed Plaintiff that it was therefore inclined to deny it in its entirety. Dkt. No. 13. Accordingly, the Court ordered Plaintiff to show cause why its Motion should not be denied as drafted. *Id.* Having reviewed Plaintiff's response (Dkt. No. 15), the Court hereby DENIES Plaintiff's Motion for the reasons stated in Defendants' opposition. No hearing is necessary. Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: November 26, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge