UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRONGCO TRADING COMPANY, LTD,<br><br>Plaintiff,<br><br>v.<br><br>PULSE SHOWER SPAS, INC., et al.,<br><br>Defendants. | Case No.  12-cv-04222-MEJ<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 39 |

On January 23, 2014, the parties in this case participated in a settlement conference, at which time the case settled in full.  Dkt. No. 29.  Accordingly, this case is DISMISSED WITHOUT PREJUDICE; provided, however, that if any party hereto shall certify to this Court, within 30 days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: April 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge